## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>            Petitioner,<br>      v.<br>JASON D. HUNTLEY,<br>            Respondent. | Case No.: 3:17-cv-1939-CAB-JMA<br><br>**FINAL JUDGMENT** |

THIS MATTER comes before the Court on the Application of the Securities and Exchange Commission ("Commission") to enforce compliance by Jason D. Huntley ("Huntley") with the Order Instituting Administrative and Cease and Desist Proceedings Pursuant to Sections 203(f) and 203(k) of the Investment Advisers Act and Section 9(b) of the Investment Company Act, Making Findings, and Imposing Remedial Sanctions and a Cease and desist Order entered on consent against Huntley on July 31, 2014, entitled *In the Matter of Jason D. Huntley*, Admin. Proc. File No. 3-8796, requiring Huntley to pay a civil penalty of $100,000 plus outstanding interest pursuant to 31 U.S.C. § 3717, and based upon the Stipulation to Enter Judgment Filed herein, the Court finds that Respondent Huntley has consented to entry of a Judgment, and it appearing to the Court that such a Judgment should enter, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Commission Order is enforced.

It is further **ORDERED, ADJUDGED AND DECREED** that Jason D. Huntley is liable to pay a civil penalty of $100,000 (less credits for any payments)

plus outstanding interest pursuant to 31 U.S.C. § 3717 to the United States Securities and Exchange Commission.

It is further **ORDERED, ADJUDGED AND DECREED** that the amounts awarded shall be subject to post-judgment interest, pursuant to § 28 U.S.C. 1961, from the date of this judgment until the date all money has been paid.

Huntley may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Huntley may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Huntley as Respondent in this action; and specifying that payment is made pursuant to this Final Judgment.

It is further **ORDERED, ADJUDGED AND DECREED** that the Court shall retain jurisdiction over this action for all purposes, including to implement and enforce the terms of this Final Judgment; and all other orders and decrees which may have been or may be entered in this case, and to grant such relief as this Court may deem necessary and just.

Dated:  November 9, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge